IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_Eldorado_ DIVISION



IN DISTRICT ARKA.
FILED
AUG 0 7 2006
CHRIS R. JOHNSON, CLERK

_Jimmy Nelson_
(Plaintiff)
_283 Charles Rd._
_Spearsville La 71277_
(Your name, address, telephone number)
_318-778-3875_

vs.

Civil Action No. _06-1080_
(To be supplied by clerk)

_Amenable Incorporated_
(Defendant(s))
_350 Bailey Rd._
_El Dorado, A, 71730_
(Names(s), address(es), telephone number(s))
_870-862-4919_

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. This action is brought pursuant to:

   \_\_\_\_ Age Discrimination in Employment Act

   \_\_\_\_ Americans With Disabilities Act

   _X_ Title VII of the Civil Rights Act

2. Plaintiff filed charges against the defendant(s) with the Equal Employment Opportunity Commission on _10_ _16_, _05_ charging defendant(s) with acts
   (Month/Day)  (Year)

of discrimination based on (1) \_\_\_\_ age, (2) \_\_\_\_ disability, (3) _X_ race, (4) _X_ color,

(5) \_\_\_\_ sex, (6) \_\_\_\_ religion, (7) \_\_\_\_ national origin. A copy of the charges filed with the EEOC is attached to this complaint.

3. The Equal Employment Opportunity Commission issued a Determination and/or Notice of Right to Sue which was received by plaintiff on __4/26__, 20_06_, a copy of which is attached to this complaint.

4. Defendant(s) discriminated against plaintiff by:

   (a) ____ failing to employ plaintiff,

   (b) _X_ terminating plaintiff's employment,

   (c) ____ failing to promote plaintiff,

   (d) _Defendant retaliated against Plaintiff for reporting a violation of the Fair Labor Standard Act to the dept of Labor that resulted in the Defendant paying overtime for work performed_

5. The act(s) of discrimination complained of occurred on or about _June 29_, 20_05_. Briefly describe: _I reported to work on Saturday to work and my supervisor said that the work was canceled. I told him no one called me. The supervisor said I could work for a few hour. I worked stripping cable for three hours then I left to go home. I worked for a week before I told that I was terminated for leaving work early after I was told by my supervisor that I could leave early. Two white co-worker left early without obtaining permission and they received no disciplinary action._

6. The defendant(s):

    (a)   __X__ is/are still committing

    (b)   _____ is/are no longer committing

    (c)   _____ may still be committing

the acts set forth in the above paragraph.

7. WHEREFORE, Plaintiff prays for the following relief:

    (a)   _____ Defendant(s) be directed to employ plaintiff.

    (b)   __/__ Defendant(s) be directed to re-employ plaintiff.

    (c)   _____ Defendant(s) be directed to promote plaintiff.

    (d)   _____ Defendant(s) be directed to *pay back pay, front pay, fringe benefits and all benefits that Plaintiff would have been entitled to if he had not been wrongfully terminated.*

and for such other relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

8. **Jury Demand:** I hereby _demand_ a trial by jury of any issue triable

                            (Demand/Waive)

of right by a jury.

_____
(Signature of Plaintiff)